William Miller and Peter Bormann for use of Margaret Polachek, plaintiffs in error, v. Bowmanville National Bank, defendant in error. Gen. No. 33,554.

Opinion filed October 11, 1929.

Maurice L. Davis, for plaintiffs in error. O'Shaughnessy & O'Shaughnessy, for defendant in error; Walter F. Cunningham, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

The Texas Company, appellee, v. Frank A. Hart, appellant. Gen. No. 33,566.

Opinion filed October 11, 1929. Rehearing denied October 22, 1929.

Charles F. Burke, for appellant; A. J. W. Appell, of counsel. Winston, Strawn & Shaw, for appellee; Walter A. Wade and Fred J. McManus, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Ruth Johnson, plaintiff in error, v. James Barrett Johnson, defendant in error. Gen. No. 33,642.

Opinion filed October 11, 1929.

Kroon & Kroon, for plaintiff in error; E. C. Kroon, of counsel. Otto Baer, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Sky Projection Corporation, appellee, v. Aerograph Company of America et al., defendants. Gregor Melikov et al., appellants. Gen. No. 33,666.

Opinion filed October 11, 1929. Rehearing denied October 22, 1929.

John F. Higgins, Myer H. Gladstone and Arnold N. Frieder for appellants; Myer H. Gladstone, of counsel. Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellee.

Mr. Justice Gridley delivered the opinion of the court.